UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
SHAWN C. CUTTING, CRYPTO TRADERS :
MANAGEMENT, LLC, and CRYPTO :
TRADERS FUND, LP, :
: 23-CV-6040 (VSB)
Plaintiffs, :
: **ORDER**
-against- :
:
RIVELES WAHAB LLP, SIMON RIVELES, :
KAISER WAHAB, and TERRENCE :
GRIFFITHS, :
:
Defendants. :
:
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 13, 2023, Plaintiff Shawn C. Cutting filed this action on behalf of himself, Crypto Traders Management, LLC, and Crypto Traders Fund, LP.  Because Limited Liability Corporations and Limited Partnerships must be represented by counsel in federal court, *see Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006), it is hereby:

ORDERED that Mr. Cutting shall submit a letter by January 18, 2024, stating whether he intends on retaining counsel to represent Crypto Traders Management, LLC and Crypto Traders Fund, LP in this lawsuit.  Mr. Cutting shall also advise the Court whether he intends on opposing Defendants' motion to dismiss.  (Doc. 15.)  If Mr. Cutting fails to comply with this Order or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

2

      The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Cutting at his current address.

SO ORDERED.

Dated:    December 28, 2023
              New York, New York

_____
Vernon S. Broderick
United States District Judge