```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SHAWN C. CUTTING, CRYPTO TRADERS                           :
MANAGEMENT, LLC, and CRYPTO                                :
TRADERS FUND, LP,                                          :
                                                           :     23-CV-6040 (VSB)
                                       Plaintiffs,         :
                                                           :           ORDER
                     -against-                             :
                                                           :
RIVELES WAHAB LLP, SIMON RIVELES,                          :
KAISER WAHAB, and TERRENCE                                 :
GRIFFITHS,                                                 :
                                                           :
                                       Defendants.         :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On December 28, 2023, I ordered Plaintiff Shawn Cutting to submit a letter by January 18, 2024, stating whether he intends on retaining counsel to represent Plaintiffs Crypto Traders Management, LLC and Crypto Traders Fund, LP, as these entities cannot proceed pro se in federal court. (Doc. 16.) I also ordered Mr. Cutting to advise the Court on whether he intends on opposing Defendants' motion to dismiss. (*Id.*) The December 28 Order warned Mr. Cutting that failure to comply may lead to dismissal of this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Because Mr. Cutting has not complied with my Order or otherwise demonstrated an intent to prosecute this case, I will sua sponte extend the deadline for him to do so until February 15, 2024. If Mr. Cutting fails to take any action, I will dismiss this case for failure to prosecute under Rule 41(b).

2

      The Clerk of Court is respectfully directed to mail a copy of this Order and the Order at Doc. 16 to Mr. Cutting at his current address.

SO ORDERED.

Dated:    January 19, 2024
             New York, New York

_____
Vernon S. Broderick
United States District Judge